IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOSHUA E. STRICKLAND and    )
BRANDI B. STRICKLAND,       )
                            )
    Plaintiffs,             )
                            )    CIVIL ACTION NO.
    v.                      )      2:13cv696-MHT
                            )          (WO)
CROWN PARK RESORT, LLC;     )
et al.,                     )
                            )
    Defendants.             )
```

## JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that the parties' motion to dismiss (doc. no. 18) is granted and that defendant Crown Park Resort, LLC, and the claims against it are dismissed without prejudice, with the parties to bear their own costs and attorney's fees. Defendant Crown Park Resort, LLC, is terminated as a party.

It is further ORDERED that the motion to dismiss and alternative motion for more definite statement (doc. no. 12) are denied as moot.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is not closed.**

**DONE, this the 9th day of December, 2013.**

                                             **/s/ Myron H. Thompson**
                                     **UNITED STATES DISTRICT JUDGE**